IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **MASSOUD SHARIF**, § | |
| § | |
| Plaintiff, § | |
| v. § | No. **3:09-CV-1195-L** |
| § | |
| **MICHAELS STORES, INC.**, § | |
| § | |
| Defendant. § | |

## ORDER

Before the court are the Findings and Recommendation of the United States Magistrate Judge, filed April 21, 2010. The magistrate judge recommends denying without prejudice Defendant Michael Stores, Inc.'s Motion to Dismiss Under Rules 12(b)(6) and 12(c), filed April 20, 2010. No objections were filed.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. The court **denies without prejudice** Defendant Michael Stores, Inc.'s Motion to Dismiss Under Rules 12(b)(6) and 12(c).

**It is so ordered** this 7th day of May, 2010.

_____
Sam A. Lindsay
United States District Judge

Order – Solo Page